ORIGINAL
Feclard
NP
(3)

**PRINDLE, DECKER & AMARO LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
Charles S. Yesnick, Esq. (Bar No. 228292)
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Tel. No.: (562) 436-3946
Fax No.: (562) 495-0564
ATLA0001

FILED

E-FILING

2008 MAY 21 P 2: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

Attorneys for Defendant,
**ATLAS COPCO COMPRESSORS LLC** *erroneously sued*
*herein as Atlas Copco USA Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

PVT

AMCO INSURANCE COMPANY,

    Plaintiff,

v.

ATLAS COPCO COMPRESSORS
LLC, formerly doing business as
ATLAS COPCO COMPRESSORS,
INC..; SUMMIT INDUSTRIAL
EQUIPMENT, INC., a corporation;
ATLAS COPCO NORTH AMERICA,
LLC; ATLAS COPCO USA
HOLDINGS, INC.; and DOES 1 to 25,
inclusive,

    Defendants.

C08 02573

Federal Court Case No.
State Court Case No. 625997

**PETITION FOR REMOVAL OF
ACTION TO UNITED STATES
DISTRICT COURT UNDER 28
U.S.C. § 1441(B) (DIVERSITY);
DECLARATION OF CHARLES S.
YESNICK**

**[28 U.S.C.S. §1441]**

Complaint Filed : April 21, 2008
Trial Date    : None

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN JOSE.

PLEASE TAKE NOTICE that Defendant, ATLAS COPCO COMPRESSORS LLC ("ATLAS"), hereby petitions this Court for removal of the above entitled action to the United States District Court for California, pursuant to 28 U.S.C. §§ 1441 and 1446. As grounds for removal, ATLAS respectfully shows:

/ / /

/ / /

MLA/AMCO/REMOVAL_MTN.WPD    **PETITION FOR REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

1

**BACKGROUND**

2     1.     On April 21, 2008, an action was commenced against Defendants, ATLAS

3   COPCO USA HOLDINGS, INC., ATLAS COPCO COMPRESSORS, LLC, ATLAS

4   COPCO NORTH AMERICA, LLC, AND SUMMIT INDUSTRIAL EQUIPMENT INC.

5   in the Superior Court of California, County of Modesto, Case No. 625997, entitled

6   *AMCO Insurance Company v. Atlas Copco Compressors, LLC., et al.*.  A true and correct

7   copy of the complaint is attached hereto as Exhibit "A."

8     2.     Atlas received the complaint on April 28, 2008.

9     3.     No further proceedings have taken place in the state court action.

10     4.     This Petition for Removal is filed within thirty (30) days after service of the

11   Complaint, in compliance with 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a).

12     5.     The underlying state court action is a civil action in which Plaintiff alleges

13   ATLAS is liable to Plaintiff for a defectively or negligently manufacturing a product that

14   resulted in a fire, which damaged property owned by its insured.  Plaintiff alleges

15   liability under theories of negligence, product liability, and breach of warranty. Plaintiff

16   claims as a result, she has sustained damages in excess of 144,000 dollars. (Complaint,

17   ¶3.)

18     6.     The underlying state court action is one in which this Court has original

19   jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is

20   one which may be removed to this Court by Defendant, pursuant to the provision of Title

21   28, United States Code, Section 1441, in that it is a civil action wherein the matter in

22   controversy, on information and belief, as the Plaintiff's claim, exceeds the sum of

23   Seventy-Five Thousand and No/100 Dollars ($75,000), exclusive of interest and costs,

24   and is between citizens of different states.

25

**DIVERSITY OF CITIZENSHIP**

26     7.     Plaintiff is a resident of Iowa.  (See Exhibit "B" to Declaration of Charles

27   S. Yesnick, filed concurrently herewith.)

28   / / /

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

MLA/AMCO/REMOVAL_MTN.WPD     **PETITION FOR REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

8.    Atlas Copco USA Holdings, is a Delaware corporation with its principal place of business located at 34 Maple Ave., Pine Brook, NJ 07058. (See Exhibit "C" to Declaration of Charles S. Yesnick, filed concurrently herewith.)

9.    Atlas Copco Compressors, LLC, is a registered Delaware limited liability company with its principal place of business located at 94 Elm Street, Floor 4, Westfield, MA 01085-1689. (See Exhibit "D" to Declaration of Charles S. Yesnick, filed concurrently herewith.)

10.    Atlas Copco North America, LLC, is a registered Delaware corporation with its principal place of business located at 34 Maple Ave., Pine Brook, NJ 07058. Atlas Copco North America LLC is not a registered entity in the state of California. (See Exhibit "E" to Declaration of Charles S. Yesnick, filed concurrently herewith.)

11.    AMCO erroneously asserts that Summit Industrial Equipment is a legal entity. However, Summit Industrial Equipment is not a legal entity of any type. Therefore, no California, or any other state, registration exists.(See Declaration of Charles S. Yesnick, filed concurrently herewith.

12.    I am informed and believe that the only defendant that has been served is Atlas Copco USA Holdings Inc.    My firm has appeared for Atlas Copco North America LLC, erroneously sued herein as Atlas Copco USA Holdings Inc.    No other defendant has been served to my knowledge.  All of the name defendants are "Atlas Copco" defendants, and to the extent that consent to remove the matter from state court to federal court, all of the Atlas Copco defendants would so agree and join in the Petition.

## AMOUNT IN CONTROVERSY

13.    The amount in controversy exceeds the sum of Seventy-Five Thousand and No/100 Dollars ($75,000). Plaintiff seeks compensatory damages over 144,000 dollars. (See Exhibit "A.")

/ / /

/ / /

3

**NOTICE**

14.    Pursuant to 28 U.S.C. § 1446(d), proper notice will be given to Plaintiff herein, by and through its counsel of record, and to the Clerk of the Superior Court of Stanislaus County , State of California, which will be filed in that Court; a true and correct copy of such notice is attached hereto as Exhibit "B."

DATED: May 19, 2008

PRINDLE, DECKER & AMARO LLP
MICHAEL L. AMARO
CHARLES S. YESNICK

By:_____
CHARLES S. YESNICK
Attorneys for Defendant,
ATLAS COPCO COMPRESSORS LLC
*erroneously sued herein as Atlas Copco USA Holdings, Inc.*

MLA/AMCO/REMOVAL_MTN.WPD    **PETITION FOR REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

**SU\_\_\_\_\_ONS**
**(CITACION JUDICIAL)**

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; SUMMIT INDUSTRIAL EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC.; and DOES 1 to 25, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
AMCO INSURANCE COMPANY

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA 801 Tenth Street Modesto, CA 95354 MODESTO CITY TOWERS - UNLIMITED | 625997 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John F. Rutan Jr., Esq. (SBN 120266)
LAW OFFICES OF GOATES & BEAVERS         (949) 250-5524  (949) 250-5555
1201 Dove Street, Suite 300
Newport Beach, CA 92660

DATE: *(Fecha)*    APR 3 1 2008    Clerk, by _____ JODIE QUINONEZ _____, Deputy
*(Secretario)*                                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Atlas Copco Compressors, LLC formerly doing business as Atlas Copco Compressors, Inc

   under: ☒ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

Ex A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John F. Rutan Jr., Esq. (SBN 120266)<br>LAW OFFICES OF GOATES & BEAVERS<br>1201 Dove Street, Suite 300<br>Newport Beach, CA 92660 | FILED |

TELEPHONE NO: (949) 250-5524    FAX NO. *(Optional):* (949) 250-5555  2008 APR 21 AH 10: 27

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name)*: Plaintiff AMCO INSURANCE COMPANY

CLERK OF THE SUPERIOR COURT
COUNTY OF STANISLAUS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS

STREET ADDRESS: 801 Tenth Street

BY _____

MAILING ADDRESS:

DIPITY

CITY AND ZIP CODE: Modesto, CA 95354

BRANCH NAME: MODESTO CITY TOWERS - UNLIMITED

PLAINTIFF: AMCO INSURANCE COMPANY

DEFENDANT: ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO
COMPRESSORS, INC.; SUMMIT INDUSTRIAL EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH
AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC.; and
[x] DOES 1 TO  1 to 25, inclusive

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death |
|---|
| [ ] AMENDED *(Number):* |

Type *(check all that apply):*

[ ] MOTOR VEHICLE            [ ] OTHER *(specify):*
   [x] Property Damage           [ ] Wrongful Death
   [ ] Personal Injury           [x] Other Damages *(specify):* Subrogation
Rights

Jurisdiction *(check all that apply):*

[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 625997

... ...r has been assigned to Judge Mayren
...partment  21  for all purposes includ... ...

1. Plaintiff *(name or names):* AMCO INSURANCE COMPANY

   alleges causes of action against defendant *(name or names):* Atlas Copco Compressors LLC, fdba Atlas Copco Compressors, Inc; Summit
   Industrial Equipment, Inc., a corporation; Atlas Copco North America, LLC; Atlas Copco USA Holdings, Inc.; and DOES 1 to 25 inclusive.

2. This pleading, including attachments and exhibits, consists of the following number of pages:  6

3. Each plaintiff named above is a competent adult

  a. [x] except plaintiff *(name):*    AMCO INSURANCE COMPANY
     (1) [X] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor  [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

  b. [ ] except plaintiff *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor  [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
Plus

Page 1 of 3
Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: AMCO v. ATLAS COPCO, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: ATLAS COPCO COMPRESSORS, LLC formerly doing business as Atlas Copco Compressors, Inc.
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☒ an unincorporated entity *(describe)*:  a limited liability company
   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   c. ☒ except defendant *(name)*: ATLAS COPCO NORTH AMERICA, LLC
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☒ an unincorporated entity *(describe)*:  a limited liability company
   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   b. ☒ except defendant *(name)*: SUMMIT INDUSTRIAL EQUIPMENT, INC.
   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   d. ☒ except defendant *(name)*: ATLAS COPCO USA HOLDINGS, INC.
   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1 to 25            were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1 to 25            are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: AMCO v. ATLAS COPCO, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [  ] Motor Vehicle
    b. [X] General Negligence
    c. [  ] Intentional Tort
    d. [X] Products Liability
    e. [  ] Premises Liability
    f. [X] Other *(specify):* Subrogation and Indemnity Attachment

11. Plaintiff has suffered
    a. [  ] wage loss
    b. [X] loss of use of property
    c. [  ] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [  ] loss of earning capacity
    g. [X] other damage *(specify):* Plaintiff was obligated to pay, and did pay, property and related damages to or on behalf of its insured.

12. [  ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [  ] listed in Attachment 12.
    b. [  ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [  ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [X] according to proof plus legal costs and prejudgment interest at 7% per annum
       (2) [  ] in the amount of: $

15. [  ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: April 18, 2008

John F. Rutan Jr., Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: AMCO v. ATLAS COPCO, et al. | CASE NUMBER: |
|---|---|

FIRST _____ **CAUSE OF ACTION—General Negligence**          Page 4 _____
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*    AMCO INSURANCE COMPANY

alleges that defendant *(name):*    ATLAS COPCO COMPRESSORS, LLC, fdba ATLAS COPCO
COMPRESSORS, INC; SUMMIT INDUSTRIAL EQUIPMENT, INC.; ATLAS COPCO NORTH AMERICA, LLC;
ATLAS COPCO USA HOLDINGS, INC., and

        [X] Does _____ to 1 to 25, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* April 21, 2005
at *(place):* 510 West Glenwood Avenue, Turlock, California

*(description of reasons for liability):*
Defendants and each of them so negligently manufactured, distributed, sold,
maintained, shipped, controlled, conducted, and operated their business,
products, and/or business dealings so as to provide a product into the stream of
commerce, by providing to plaintiff's insured a compressed air system and/or
"Atlas Copco Compressor" which contained a manufacturing defect when it left
defendants' possession; that the use of said products by plaintiff's insured was
reasonably foreseeable by defendants and each of them; and such products caused
or allowed to cause a fire to start and/or spread into and through the premises
occupied by plaintiff's insured at 510 West Glenwood Avenue in Turlock, County
of Stanislaus, California, thereby being a substantial factor in, or causing,
property and related damages to plaintiff insured's premises, property,
contents, inventory, furniture, fixtures, equipment and business operations,
resulting in plaintiff insured's loss of business, income and other related
damages.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal
Solutions
Plus

Page 1 of 1

Code of Civil Procedure 425.12

PLD-PI-001(5)

| SHORT TITLE:  AMCO v. ATLAS COPCO, et al. | CASE NUMBER: |
|---|---|

TWO _____ **CAUSE OF ACTION----Products Liability**          Page 5 _____
(number)

ATTACHMENT TO [X] Complaint ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:  AMCO INSURANCE COMPANY

Prod. L-1. On or about *(date)*:  April 21, 2005          plaintiff was injured by the following product:
By insuring the premises of its insured, and necessarily becoming
obligated to pay, and paying, property and related damages to or on
behalf of its insured following the fire caused by Defendants'
product at or about the aforesaid location.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury
was being
[X]  used in the manner intended by the defendants.
[X]  used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not
readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☐  purchaser of the product.                    ☐  user of the product.
☐  bystander to the use of the product.          [X]  other *(specify)*: Plaintiff's insured was a
                                                user of the product

**PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:**
Prod. L-4. [X] **Count One--Strict liability** of the following defendants who
a. [X]  manufactured or assembled the product *(names)*:  ATLAS COPCO COMPRESSORS LLC, formerly doing business
as ATLAS COPCO COMPRESSORS, INC.; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC. and
[X] Does 1 _____ to 5 _____
b. [X]  designed and manufactured component parts supplied to the manufacturer *(names)*:
ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; SUMMIT INDUSTRIAL
EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC. and
[X] Does 6 _____ to 10 _____
c. [X]  sold the product to the public *(names)*: SUMMIT INDUSTRIAL EQUIPMENT, INC., a
corporation, and

[X] Does 11 _____ to 15 _____
Prod. L-5. [X] **Count Two--Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; SUMMIT INDUSTRIAL
EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC. and
[X] Does 16 _____ to 20 _____
Prod. L-6. [X] **Count Three--Breach of warranty** by the following defendants *(names)*:  Atlas Copco Compressors LLC, f/b/a Atlas
Copco Compressors, Inc.; Atlas Copco North America, LLC; Atlas Copco USA Holdings, Inc., Summit Industrial Equipment, Inc., and
[X] Does 21 _____ to 25 _____
a. [X]  who breached an implied warranty
b. ☐  who breached an express warranty which was
☐  written   ☐  oral
Prod. L-7. ☐  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐  listed in Attachment-Prod. L-7   ☐  as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
**CAUSE OF ACTION—Products Liability**
Legal
Solutions
ⓟ Plus
Page 1 of 1
Code of Civil Procedure, § 425.12

AMCO INSURANCE v. ATLAS COPCO, et al.          CASE NO. _____

**ATTACHMENT TO COMPLAINT**                            **PAGE 6**

1.      At the times mentioned, AMCO INSURANCE COMPANY was and is an insurance company organized under law and licensed to engage in business as such in the State of California

2.      At all times herein mentioned, Wade Gant, doing business as LINE-X of Turlock, was insured by Plaintiff AMCO INSURANCE COMPANY to pay benefits for damage to insured property, namely the insured's business and business premises.

3.      By reason of the legal obligation imposed on Plaintiff AMCO INSURANCE COMPANY by said insurance policy, plaintiff was obligated to pay and did pay the sum of $144,153.00 to or on behalf of its insured for property and related damages to insured's business and business premises.

4.      Pursuant to the terms of the policy and the laws of the State of California, AMCO INSURANCE COMPANY is legally, equitably and contractually subrogated to the rights and entitled to enforce the remedies of Wade Gant, doing business as LINE-X of Turlock in the amount of $144,153.00, plus pre-judgment interest and legal costs.

5.      Pursuant to the laws of the State of California, AMCO INSURANCE COMPANY is entitled to legal, equitable, and implied indemnity from the defendants and each of them in the amount of $144,153.00, plus pre-judgment interest and legal costs.

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
John F. Rutan Jr., Esq. (SBN 120266)
LAW OFFICES OF GOATES & BEAVERS
1201 Dove Street, Suite 300
Newport Beach, CA 92660
TELEPHONE NO.: (949) 250-5524   FAX NO.: (949) 250-5555
ATTORNEY FOR (Name): Plaintiff AMCO INSURANCE COMPANY

FOR COURT USE ONLY

FILED
2008 APR 21 AM 10: 27
CLERK OF THE SUPERIOR COURT
COUNT OF STANISLAUS
BY _____
_____ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS
STREET ADDRESS: 801 Tenth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Modesto, CA 95354
BRANCH NAME: MODESTO CITY TOWERS - UNLIMITED

CASE NAME: AMCO v. ATLAS COPCO, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 625997 |
|---|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: |
| | | | | DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): TWO
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 18, 2008

John F. Rutan Jr., Esq. (SBN 120266)
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers**

If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 5 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. You do not need to submit a cover sheet with amended papers. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Complex Cases**

In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
 Damage/Wrongful Death
Uninsured Motorist (46) *(if the
 case involves an uninsured
 motorist claim subject to
 arbitration, check this item
 instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/
  Wrongful Death
Product Liability *(not asbestos or
 toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice–
  Physicians & Surgeons
 Other Professional Health Care
  Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip
  and fall)
 Intentional Bodily Injury/PD/WD
  (e.g., assault, vandalism)
 Intentional Infliction of
  Emotional Distress
 Negligent Infliction of
  Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
 Practice (07)
Civil Rights (e.g., discrimination,
 false arrest) *(not civil
 harassment)* (08)
Defamation (e.g., slander, libel)
 (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice
  *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease
  Contract *(not unlawful detainer
  or wrongful eviction)*
 Contract/Warranty Breach–Seller
  Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/
  Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open
 book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections
  Case
Insurance Coverage *(not provisionally
 complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
 Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent
  domain, landlord/tenant, or
  foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
 drugs, check this item; otherwise,
 report as Commercial or
 Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court
  Case Matter
 Writ–Other Limited Court Case
  Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor
  Commissioner Appeals

**Provisionally Complex Civil Litigation
(Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
 *(arising from provisionally
 complex case type listed above)*
 (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of
  County)
 Confession of Judgment *(non-
  domestic relations)*
 Sister State Judgment
 Administrative Agency Award
  *(not unpaid taxes)*
 Petition/Certification of Entry of
  Judgment on Unpaid Taxes
 Other Enforcement of Judgment
  Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
 above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-
  harassment)*
 Mechanics Lien
 Other Commercial Complaint
  Case *(non-tort/non-complex)*
 Other Civil Complaint
  *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
 Governance (21)
Other Petition *(not specified above)*
 (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult
  Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief from Late
  Claim
 Other Civil Petition

**CIVIL CASE COVER SHEET**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME, ADDRESS, PHONE) | FOR COURT USE ONLY |
|---|---|
| John F. Rutan Jr., Esq. (SBN 120266)<br><br>LAW OFFICES OF GOATES & BEAVERS<br>1201 Dove Street, Suite 300<br>Newport Beach, CA 92660<br>Tel: (949) 250-5524;  Fax: (949) 250-5555<br>Attorney for: Plaintiff AMCO INSURANCE COMPANY | FILED<br><br>2008 APR 21 AM 10: 27<br><br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF STANISLAUS<br><br>BY_____<br>_____ DEPUTY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS |
|---|
| Street Address:      800 11th Street, Modesto, CA 95354 |
| Civil Clerk's Office:   1100 I Street, P.O. Box 1098, Modesto, CA 95353 |

Plaintiff/Petitioner: AMCO INSURANCE COMPANY

Defendant/Respondent: ATLAS COPCO COMPRESSORS, INC., et al.

| NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER |
|---|---|
| | 625997 |

1. NOTICE is given that a **Case Management Conference** has been scheduled as follows:

    Date: _8/19/08_  Time: _3:00_  AM/**PM**

    This case is assigned to Judge ___Mayhew___ , Dept: _21_ , for all purposes, including trial.

    *Departments 1 & 15 are located at 800 11th Street, Modesto, CA  95354
    *Department 21 is located at 2744 2nd Street, Ceres, CA  95307

2. You must file and serve a completed *Case Management Conference Questionnaire* at least **fifteen (15) days** before the case management conference.

3. You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4. At the case management conference the court may make pretrial orders, including the following:

    a. An order establishing a discovery schedule.

    b. An order referring the case to arbitration.

    c. An order dismissing fictitious defendants.

    d. An order scheduling exchange of expert witness information.

    e. An order setting subsequent conferences and the trial date.

    f. Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.).

Date: _____                Clerk, by _____ Deputy

---

**--SANCTIONS--**

If you do not file the *Case Management Questionnaire* required by local rule, or attend the case management conference or participate effectively in the conference, the court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).

---

CV003                                                                                          Rev 05/05

**NOTICE OF CASE MANAGEMENT CONFERENCE**

ST-CM110

Rule 201.7.  Time for Service of Complaint, Cross-Complaint, and Response

(a) [Applicability]  This rule applies to the service of pleadings in civil cases except for unlawful detainer actions, proceedings, under the Family Code, and other proceedings for which different service requirements are prescribed by law.

(b) [Service of complaint]  The complaint must be served on all named defendants and proofs of service on those defendants must be filed with the court within 60 days after the filing of the complaint.  When the complaint is amended to add a defendant, the added defendant must be served and proof of service must be filed within 30 days after the filing of the amended complaint.

(c) [Service of cross-complaint]  a cross-complaint against a party who has appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed.  If the cross-complaint adds new parties, the cross-complaint must be served on all parties and proofs of service on the new parties must be filed within 30 days of the filing of the cross-complaint.

(d) [Timing of responsive pleadings]  The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint.

(e) [Modification of timing: application for order extending time]  The court, on its own motion or on the application of a party, may extend or otherwise modify the times provided in (b)(d).  An application for a court order extending the time to serve a pleading must be filed before the time for service has elapsed.  The application must be accompanied by a declaration showing why service has not been effected, documenting the efforts that have been made to effected, documenting the efforts that have been made to effect service, and specifying the date by which service is proposed to be effected.

(f) [Failure to serve]  Unless the court has granted an order extending the time to serve a complaint or cross-complaint , the failure to serve and file pleadings as required under this rule may result in an Order to Show Cause being issued as to why sanctions shall not be imposed.

(g) [Request for entry of default]  If a responsive pleading is not served within the time limits specified in this rule and no extension of time has been granted, the plaintiff within 10 days after the time for service has elapsed must file a request for entry of default. Failure to timely file the request for the entry of default may result in an Order to Show Cause being issued as to why sanctions shall not be imposed.

(h) [Default judgment]  When a default is entered, the party who requested the entry of default must obtain a default judgment against the defaulting party within 45 days after entry of default, unless the court has granted an extension of time.  Failure to obtain entry of judgment against a defaulting party or to request an extension of time to apply for a default judgment may result in an Order to Show Cause being issued as to why sanctions shall not be imposed.

(i) [Order to Show Cause]  When the court issues an Order to Show Cause under this rule, responsive papers to the Order to Show Cause must be filed and served no less than 5 calendar days before the hearing.

                                                                                                Rev 2/08

625997

In accordance with CRC 201.9 this packet must be served upon the defendant.

**CRC 201.9(c)**
"The plaintiff must serve a copy of the ADR information packet on each defendant along with the complaint."

Stanislaus County's

# Mediation Information Sheet

## Dates to Remember

➤ **25 Days after CMC,** the STAN-100 must be filed, Mediation fees must be paid, and Mediator must be selected

➤ **60 Days before settlement conference** the Mediation must be completed.

### Before the CMC

All parties are required to meet-and-confer with the opposing side before the case management conference (California Rule of Court 212(f)). Alternative dispute resolution is discussed. If parties agree to mediation they must Stipulate to mediation by filling out a STAN-100.

### At the CMC

All parties must be prepared to discus Alternative Dispute Resolution at Case Management Conference. The judge may order cases into Judicial Arbitration. Parties may agree to Voluntary Mediation in lieu of Judicial Arbitration.

### Selecting a Mediator

When parties agree to participate in mediation they must also agree to the mediator. You may select a mediator from the court provided panel list, available at the website, or you may ask for the list from a civil court clerk. Contact the Mediator, and get his or her signature on the STAN-100 before it is filed. Don't forget both parties must sign the Stipulation form.

If and the opposing party wishes, you may request the Court randomly select a mediation for you case, by indicating on the STAN-100.

### Filling the STAN-100

You have 25 days to select a mediator and return the STAN-100 with $400 ($200 for each side to the party). Cases cannot be enter into the Court's Voluntary Mediation program after this date.

### Completing Mediation

If you selected your own mediator set up a mediation as soon as possible. A mediator might not be able to schedule the mediation for a few weeks or even months. You must complete mediation at least 60 days before trial. If the mediation is not completed before that time sanctions may be imposed.

Once you have scheduled the mediation date fill out and return a STAN-220, *Notice of Date, Time and Place* of mediation and return it to the ADR Program Office.

ATTEND AND COMPLETE MEDIATION at least 60 days before trial. Contact the mediator before the mediation for any special instructions. The mediator may ask you to bring special documents.

After mediation the mediator may provide you with an evaluation of the mediation process. These are evaluations form which go the ADR program Administrator, for the courts information. Do not include any confidential information, or information regarding what went on during the mediation.

STAN-100

| ATTORNEY FOR PLAINTIFF *(name, bar card, and address)*: | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |

**SUPERIOR COURT OF CALIFORNIA, STANISLAUS COUNTY**
MAILING ADDRESS: **1100 I. Street**
CITY AND ZIP CODE: **MODESTO, CA 95354**
BRANCH NAME: **MODESTO**

CASE NAME:

**STIPULATION AND ORDER TO ADR**

CASE NUMBER:

The parties and their attorneys stipulate that the claims in this action shall be submitted to the following alternative dispute resolution process:

☐ Voluntary Mediation                    ☐ Private Arbitration
☐ Private Mediation                       ☐ Neutral Evaluation
☐ Judicial Arbitration                    ☐ Voluntary Mediation in lieu of Judicial Arbitration

---

**This box is to be filled out for or Voluntary Mediation and Neutral Evaluation only.**

In accordance with Stanislaus County Rule of Court 3.10(D)(4) and 3.11(C)(2) this form must be signed by the agreed upon mediator or neutral-evaluator. If both parties agree the court will select a mediator for the case.

☐ It is Stipulated that _____ (name of mediator/neutral evaluator) shall serve as the neutral for this case.

_____        _____
Signature of Neutral                     Date

☐ It is Stipulated that the Court select a mediator for this case.

• For Voluntary Mediation this form must be completed and returned with $400 ($200 from the plaintiffs and $200 from the defendants).

---

► _____        ► _____
        (PLAINTIFF)                              (DEFENDANT)

_____        _____
(SIGNATURE)            (DATE)        (SIGNATURE)            (DATE)

► _____        ► _____
     (PLAINTIFF'S ATTORNEY)              (DEFENDANT'S ATTORNEY)

_____        _____
(SIGNATURE)            (DATE)        (SIGNATURE)            (DATE)

July 1, 2006 (mandatory)                **STIPULATION AND ORDER TO ADR**

STAN-220

| | FOR COURT USE ONLY |
|---|---|
| *Name and Address):* | |
| TELEPHONE NO.: | |
| E-MAIL ADDRESS *(Optional):*          FAX NO. *(Optional):* | |

SUPERIOR COURT OF CALIFORNIA, STANISLAUS COUNTY
MAILING ADDRESS: 1100 I Street
CITY AND ZIP CODE: MODESTO, CA 95354
BRANCH NAME: MODESTO

| CASE NAME: | |
|---|---|
| **NOTICE OF DATE, TIME AND PLACE OF MEDIATION** | CASE NUMBER: |

All parties to this case are notified that this matter has been set for Mediation on
_____, 20__, at the hour of _____, at this address:

_____

_____

_____

_____


Date: _____          Signature: _____

                                        Print Name: _____

# Stanislaus County's Mediation Panel

| Mediator | Firm | Website | e-mail | fees | Phone |
|---|---|---|---|---|---|
| Beaver, Lawrence C. | Law Office of Larence C. Beaver<br>1309 I. Street<br>Modesto, CA 95354 | | lcb-2@sbcglobal.net | $300/hour | (209) 524-5145 |
| Brunn, Charles K. | Law Offices of Brunn & Flynn<br>928 12th Street, Suite 200<br>Modesto, CA 95354 | brunnandflynnlaw.com | cbrunn@brunn-flynn.com | $350/hour | (209) 521-2133 |
| Brunn, Gerald E. | Law Offices of Brunn & Flynn<br>928 12th Street, Suite 200<br>Modesto, CA 95354 | brunnandflynnlaw.com | gbrunn@brunn-flynn.com | $250/hour | (209) 521-2133 |
| Cardozo, Richard A. | Richard A. Cardozo<br>2900 W. Rumble Rd #19<br>Modesto, CA 95350 | | | $200/hour | (209) 521-9414 |
| Champion, Darrell F. | Damrell, Nelson, Schrimp, Pallios,<br>Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA  95354 | damrell.com/dchampion | dchampion@damrell.com | $250/hour | (209) 526-3500 |
| Combs, Carl | Law Office of Carl E. Combs<br>515 13th Street<br>Modesto, CA 95354 | modestoandoakdalelaw.<br>com/mediation | carlecombs<br>@sbcglobal.net | $200-<br>$250/hour | (209) 522-5400 |
| Cousins, Patricia M. | Law Office of Cousins and Edington<br>3841 Roeding Rd.<br>Ceres, CA 95307 | | pmcnme@sbcglobal.net | $200/hour | (209) 538-9795 |
| Crabtree, Robert | Crabtree, Schmidt, Zeff & Jacobs<br>1100 14th Street, Suite E<br>Modesto, CA. 95354 | | | /hour | (209) 522-5231 |
| Curtis, Ralph S. | Curtis & Arata<br>1300 K. Street, Second Floor<br>P.O.Box 3030<br>Modesto, CA 95354 | curtisandarata.com | rcurtis<br>@curtisandarata.com | $250/hour | (209) 521-1800 |
| Emanuels, Eric S. | Eric S. Emanuels<br>9546 Timber River Way<br>Elk Grove CA, 95624 | | ericemauels<br>@comcast.net | $250/hour | (916) 479-1254 |
| Fores, Robert P. | Fores and Macko<br>801 10th Street, Fifth Floor<br>Modesto, CA  95354 | foresmacko.com | rfores@foresmacho.com | $250/hour | (209)527-9899 |
| Freeland, John D. | Curtis & Arata<br>1300 K. Street, Second Floor<br>P.O.Box 3030<br>Modesto, CA 95354 | curtisandarata.com | jfreeland<br>@curtisandarata.com | $250-<br>$300/hour | (209) 521-1800 |
| Gianelli, Michael L. | Gianelli & Associates<br>1014 16th Street<br>Modesto, CA. 95354 | gianelli-law.com | mgianelli @gianelli-<br>law.com | $250-<br>$300/hour | (209) 521-6260 |
| Hawkins, Matt | McCormick, Barstow, Sheppard,<br>Wayte & Carruth, LLP<br>1150 Ninth Street, Suite 1200<br>Modesto, CA  95354 | mccormickbarstow.com | mhawkins@<br>mccormickbarstow.com | $300/hour | (209) 524-1100 |
| Jackson, Stacey A. | Thayer, Harvey, Gregerson,<br>Hedberg & Jackson<br>1100 Fourteenth Street, Suite F<br>Modesto, CA  95354 | | sjackson@thglaw.com | $250/hour | (209) 523-3300 |
| Lee, Ross W. | Curtis & Arata<br>1300 K. Street, Second Floor<br>P.O.Box 3030<br>Modesto, CA 95354 | curtisandarata.com | rlee@curtisandarata.com | $275/hour | (209) 521-1800 |
| MacDonald Iain A. | Macdonald & Associates<br>914 13th Street<br>Modesto, CA 95354 | | iain@<br>macdonaldlawsf.com | $300/hour | (209) 549-7949 |
| Meyer, Herman C. | Law Office of Herman C. Meyer<br>214 East F Street, #203<br>Oakdale, CA  95361 | | | $200/hour | (209) 847-7066 |
| Monday, Kathy | Damrell, Nelson, Schrimp, Pallios,<br>Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA 95354 | damrell.com/kmonday | kmonday@damrell.com | $200/hour | (209) 526-3500 |

| Mediator | Firm | Website | e-mail | fees | Phone |
|---|---|---|---|---|---|
| Moorad, Calvin | Law Offices of Calvin Moorad 1020 15th Street, Suite 8 Modesto, CA 95354 | | cal@moradlaw.com | $250/hour | (209) 526-0006 |
| Mussman, William E. | Mussman & Mussman, LLP 1101 Sylvan Avenue, Suite B-4 Modesto, CA 95350 | | wmussman3@ mussmanlaw.com | $250/hour | (209) 577-8890 |
| Nelson, Duane L. | Damrell, Nelson, Schrimp, Pallios, Pacher & Silva 1601 I Street, 5th Floor Modesto, CA 95354 | damrell.com/dnelson | dnelson@damrell.com | $300/hour | (209) 526-3500 |
| Nichols, Kenneth A. | Scott and Nichols 120 North Hunter Street Stockton, CA 95202 | mediate.com/ kennichols | snm120ken@ sbcglobal.net | $250/hour | (209) 942-4300 |
| Niermeyer, Lawrence | Law Offices of Lawrence T. Niermeyer 1301 K Street, Suite H Modesto, CA 95354-0932 | | | $250/hour | (209) 574-9447 |
| Normoyle, Michael C. | Michael C. Normoyle 814 14th Street, Suite A Modesto, CA 95354 | | mcnormoyle @bigvalley.net | $250-$275/hour | (209) 521-8453 |
| Olson, Jeffrey R. | McCormick, Barstow, Sheppard, Wayte & Carruth, LLP 1150 Ninth Street, Suite 1200 Modesto, CA 95354 | mccormickbarstow.com | jeffrey.olson @mccormickbarstow.com | $250/hour | (209) 524-1100 |
| Pallios, Steven G. | Damrell, Nelson, Schrimp, Pallios, Pacher & Silva 1601 I Street, 5th Floor Modesto, CA 95354 | damrell.com/dspallios | spallios@damrell.com | $200/hour | (209) 526-3500 |
| Rinaker, Kristen | Mediation Center of San Joaquin County 829 Rose Marie Avenue, Suite D Stockton, CA 95207 | mediatorsrus.org | krinaker@ mediatorsrus.org | $200/hour | (209) 474-8794 |
| Sahlin, Russell C. | Berg Injury Lawyers 1317 Oakdale Road Modesto, CA 95355 | | rsahlin@aol.com | $250/hour | (209) 573-3600 |
| Sarhad, Ronald | Law Offices of Ronald Sarhad 1001 N. Palm Turlock, CA 95380 | | | $225/hour | (209) 632-2268 |
| Sidwell, Stephen M. | Law Offices of Stephen M. Sidwell 1300 H Street, Suite 300 Modesto, CA 95354 | | sidwelllaw@gmail.com | $200/hour | (209) 577-5555 |
| Smith, Peter H. | Law Office of Peter H. Smith 1535 J Street, Suite A Modesto, CA 95354 | eddos.com/phsmith | phsmithatty @sbcglobal.net | $300/hour | (209) 579-9524 |
| Walker, David B. | Damrell, Nelson, Schrimp, Pallios, Pacher & Silva 1601 I Street, 5th Floor Modesto, CA 95354 | damrell.com/cwalker | dwalker@damrell.com | 3 $200/hour | (209) 526-3500 |





# Superior Court Of California County Of Stanislaus

## Settling Your Civil Case

## Without Going To Court

## Settlement Through Mediation

ADR Programs
1100 I Street
Modesto, CA 95354
(209)525-4436
www.stanct.org

## When Will Mediation Begin?

After you have selected a mediator from the Courts list of mediators, the mediation session may be scheduled at a time that is convenient for all parties. If you fail to select a mediator, the Court will appoint one within 30 days of the Case Management Conference. The Court requires that the mediation process be completed at least 60 days before your scheduled trial date. Only a judge can change your trial date.

## Who Attends Mediation?

The mediator, the parties and their attorneys attend the mediation. The mediator and the attorneys may require others to attend. For example, an insurance company representative may

mediation pay the mediator directly at a rate set by the mediator.

You may qualify to receive mediation for free or at a reduced cost. The Court can provide you with the eligibility requirements and application for low-cost ADR services.

be required to attend if their presence is necessary to reach a resolution.

## What If Mediation Is Not Successful?

If mediation does not lead to a resolution, your case will proceed to a Court settlement conference and a trial, if necessary.

## Why Mediate?



- ◆ Mediation is encouraged by the Court. It is a process used in many Superior Courts throughout the state.

- ◆ Mediation is voluntary and confidential.

- ◆ Mediation can be cost effective if it is used early in the process of your case.

- ◆ Mediation is paid for by both sides in the case.



- ◆ Mediators are specially trained and experienced and assist both sides in bringing the case to a mutually agreeable solution.

- ◆ It's a fact: 95% of lawsuits settle without a trial.









The Stanislaus Superior Court supports and encourages you to use the Mediation process.

## WHAT IS MEDIATION?

Mediation is an opportunity for you to sit down in the presence of an experienced and trained mediator to talk about your case with the other party and to try to reach a mutually acceptable resolution. It is a form of settlement which has been used successfully throughout California by several courts.

Mediation is a voluntary, informal and confidential process. The mediator helps parties clarify facts, identify legal issues, explore options and reach a mutually acceptable resolution. The mediator does not make a decision as to how the dispute is to be resolved; the parties do. The mediator facilitates the process.

A mediator can help parties communicate with each other more effectively. Mediation gives people time to define and understand the issues that make their disagreements difficult to resolve without outside help. Mediation normally leads to better relations between parties and resolutions that last. When family members, neighbors, or business partners have a dispute,

mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution.

Mediation may not be effective if one of the parties is unwilling to cooperate or compromise or there is a history of abuse.

## WHO ARE THE MEDIATORS?

All of the mediators have completed a Court approved mediation training program. Mediators are experienced lawyers who have been practicing civil law for at least 5 years. You may view the list of mediators by going to www.stanct.org under ADR. All mediators agree to follow all ethics requirements and rules of court, including keeping your matter confidential.

## DOES MY CASE QUALIFY FOR MEDIATION?

The mediation process may be helpful in all types of civil cases. In some circumstances the hearing judge may order your case into Arbitration a more formal type hearing if he or she thinks your case would benefit more from the Arbitration process.

## HOW DO WE LET THE COURT KNOW WE WANT TO MEDIATE?

About 120 days after you file the complaint, your lawyer will meet at a Case Management Conference (CMC) with the lawyer or lawyers

from the other side and the hearing judge. At the first CMC, your lawyer will be asked by the hearing judge if you will participate in mediation. If both sides agree to mediation at the CMC, the judge can order your case to mediation.

You may volunteer for mediation even if the hearing judge does not order the case to mediation by filling out a *Stipulation and Order to ADR* (STAN-100) and returning it to the civil clerk. In order to properly complete the form you must get the opposing side (the defendant if you are a plaintiff or the plaintiff if you are a defendant) and the mediator to sign the form. You may also have the Court randomly select a mediator for you by checking the appropriate box on the form. The form must also be returned with $400 ($200 from your side and $200 from the other side) to pay for the first two hours of mediation. The $400 goes to pay the mediator for his or her services.

## WHO PAYS FOR MEDIATION?

The parties who use voluntary mediation pay for it themselves. Parties selecting a mediator from the Court panel pay $200 per side to the Court. The fee covers the first two (2) hours of mediation. Parties who need more time for

1 | **PRINDLE, DECKER & AMARO LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
2 | Charles S. Yesnick, Esq. (Bar No. 228292)
310 Golden Shore, Fourth Floor
3 | P.O. Box 22711
Long Beach, CA 90801-5511
4 | Tel. No.: (562) 436-3946
Fax No.: (562) 495-0564
5 | ATLA0001

6 | Attorneys for Defendant,
**ATLAS COPCO COMPRESSORS LLC** *erroneously sued*
7 | *herein as Atlas Copco USA Holdings, Inc.*

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE**

10 |

11 | AMCO INSURANCE COMPANY,                    )  Federal Court Case No. _____
                                             )  State Court Case No. 625997
12 |                         Plaintiff,          )
                                             )
13 | v.                                         )  **NOTICE OF FILING PETITION**
                                             )  **FOR REMOVAL OF ACTION TO**
14 | ATLAS COPCO COMPRESSORS                   )  **UNITED STATES DISTRICT**
LLC, formerly doing business as              )  **COURT UNDER 28 U.S.C. § 1441(B)**
15 | ATLAS COPCO COMPRESSORS,                   )  **(DIVERSITY); DECLARATION OF**
INC..; SUMMIT INDUSTRIAL                      )  **CHARLES S. YESNICK**
16 | EQUIPMENT, INC., a corporation;           )
ATLAS COPCO NORTH AMERICA,                    )  **[28 U.S.C.S., Section 1441]**
17 | LLC; ATLAS COPCO USA                       )
HOLDINGS, INC.; and DOES 1 to 25,            )
18 | inclusive,                                 )  Complaint Filed :  April 21, 2008
                                             )  Trial Date       :  None
19 |                         Defendants.        )

20 |

21 |         TO  THE  PLAINTIFF  COUNSEL  AND  THE  COURT  IN  STANISLAUS

22 | COUNTY:

23 |         PLEASE TAKE NOTICE that Defendant, ATLAS COPCO COMPRESSORS

24 | LLC ("ATLAS") timely submitted a Petition for Removal of the above entitled action

25 | to the United States District Court for California, pursuant to 28 U.S.C. §§ 1441 and

26 | 1446.

27 |         Pursuant to 28 U.S.C. § 1446(d), notice is hereby given to Plaintiff herein, by and

28 | through its counsel of record, and to the Clerk of the Superior Court of Stanislaus

County, State of California, of the removal of this action.  The Petition and supporting

1

1  Declaration of Charles Yesnick, filed with the US District Court is attached.

2  DATED: May 19, 2008          PRINDLE, DECKER & AMARO LLP
3                               MICHAEL L. AMARO
                                CHARLES S. YESNICK
4
5                               By:_____
6                               CHARLES S. YESNICK
                                Attorneys for Defendant,
7                               ATLAS COPCO COMPRESSORS LLC
                                *erroneously sued herein as Atlas Copco USA*
8                               *Holdings, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MLA/AMCO/REMOVAL_NTC.WPD  **NOTICE OF FILING PETITION REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

## PROOF OF SERVICE
***AMCO Insurance Company v. Atlas Copco Compressors LLC, et al.***
***Case No. 625997***

1

2   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

3         I am employed in the County of Los Angeles, State of California.   I am over the
age of eighteen (18) and am not a party to the within action; my business address is 310
4   Golden Shore, 4ᵗʰ Floor, Long Beach, California 90802.

5         On May 20, 2008, I served the following document(s) described as **NOTICE OF
FILING PETITION REMOVAL OF ACTION TO UNITED STATES DISTRICT
6   COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY); DECLARATION OF
CHARLES S. YESNICK** on all interested parties to this action, as follows:

7   ☒      by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes
addressed as follows:
8

9         SEE ATTACHED SERVICE LIST

10
☒         **BY MAIL:**  By placing a true copy thereof in a sealed envelope addressed
11        as above, and placing it for collection and mailing following ordinary
business practices.  I am readily familiar with Prindle, Decker & Amaro's
12        practice of collection and processing correspondence for mailing. Under that
practice it would be deposited with U.S. postal service on that same day with
13        postage thereon fully prepaid at Long Beach, California, in the ordinary
course of business.  I am aware that on motion of party served, service is
14        presumed invalid if postal cancellation date or postage meter date is more
than one day after date of deposit for mailing in affidavit.

15  ☐      **BY OVERNIGHT COURIER:** I caused the above-referenced document(s)
16        to be delivered to _____ for delivery to the above
address(es).

17  ☐      **BY FAX:**  I caused the above-referenced document to be transmitted via
facsimile from Fax No. (562) 495-0564 to Fax No. _____ directed to
18        _____. The facsimile machine I used complies with Rule 2003(3) and
no error was reported by the machine. Pursuant to Rule 2005(1), I caused the
19        machine to print a record of the transmission, a copy of which is attached to
this declaration.
20
☐      **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by
21        hand to the addressee(s).

22  ☒      [State]          I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.
23

24  ☐      [Federal]       I declare that I am employed in the office of a member of the bar
of this court at whose direction the service was made.
25

26        Executed on May 20, 2008, at Long Beach, California.

27
                                    _____
28                                  COLLEEN WESTBROOK

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

3

*AMCO Insurance Company v. Atlas Copco Compressors LLC, et al.*
*Case No. 625997*

1

2

### SERVICE LIST

3

4    John F. Rutan, Jr., Esq.                    *Attorneys for Plaintiff*

     Lw Offices of Goates & Beavers

5    1201 Dove Street, Suite 300                 Telephone: (949) 250-5524

     Newport Beach, CA 92660                     Facsimile: (949) 250-5555

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

4

NOTICE OF FILING PETITION REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

**ORIGINAL**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| AMCO INSURANCE COMPANY | ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; et al. |

*E FILING*

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| John F. Rutan, Jr., Esq.    Telephone: (949) 250-0504<br>Lw Offices of Goates & Beavers<br>1201 Dove Street, Suite 300<br>Newport Beach, CA 92660 | Michael A. Barnes, Esq.    Telephone: (562) 436-2946<br>GRINDLE & ANABO, LLP<br>310 Golden Shore, Fourth Floor<br>Long Beach, CA 90802 |

**ADR**

**C08 02573 PVT**

### II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

### V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    **☐ MONEY DEMANDED IN COMPLAINT:** $ 144,153.00

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

GENERAL NEGLIGENCE, PRODUCTS LIABILITY

### VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☒ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

### VIII(a). IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**    Case Number: _____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

AMCO INSURANCE - IOWA

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
ATLAS COPCO COMPRESSORS, LLC - DELAWARE
ATLAS COPCO NORTH AMERICA, LLC - DELAWARE
ATLAS COPCO USA HOLDINGS, INC. - DELAWARE
SUMMIT INDUSTRIAL EQUIPMENT, INC. - NAMED BUT DOES NOT EXIST AS LEGAL ENTITY

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** [signature] **Date** 5/19/08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |