ORIGINAL

| | |
|---|---|
| 1 | **PRINDLE, DECKER & AMARO LLP**<br>Michael L. Amaro, Esq. (Bar No. 169195) |
| 2 | Charles S. Yesnick, Esq. (Bar No. 228292) |
| 3 | 310 Golden Shore, Fourth Floor<br>P.O. Box 22711 |
| 4 | Long Beach, CA 90801-5511<br>Tel. No.: (562) 436-3946 |
| 5 | Fax No.: (562) 495-0564<br>ATLA0001 |

E-FILING   FILED   2008 MAY 21 P 2: 34

ADR   RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

Attorneys for Defendant,
**ATLAS COPCO COMPRESSORS LLC** *erroneously sued herein as Atlas Copco USA Holdings, Inc.*



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC..; SUMMIT INDUSTRIAL EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC.; and DOES 1 to 25, inclusive,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Federal Court Case No. C08 02573 PVT<br>State Court Case No. 625997<br><br>**NOTICE OF FILING PETITION FOR REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY); DECLARATION OF CHARLES S. YESNICK**<br><br>[28 U.S.C.S., Section 1441]<br><br>Complaint Filed : April 21, 2008<br>Trial Date       : None |

TO THE PLAINTIFF COUNSEL AND THE COURT IN STANISLAUS COUNTY:

PLEASE TAKE NOTICE that Defendant, ATLAS COPCO COMPRESSORS LLC ("ATLAS") timely submitted a Petition for Removal of the above entitled action to the United States District Court for California, pursuant to 28 U.S.C. §§ 1441 and 1446.

Pursuant to 28 U.S.C. § 1446(d), notice is hereby given to Plaintiff herein, by and through its counsel of record, and to the Clerk of the Superior Court of Stanislaus County, State of California, of the removal of this action. The Petition and supporting

1

1  Declaration of Charles Yesnick, filed with the US District Court is attached.

2  DATED: May  17 , 2008                PRINDLE, DECKER & AMARO LLP
                                        MICHAEL L. AMARO
3                                       CHARLES S. YESNICK

4
                                        By: _____
5                                           CHARLES S. YESNICK
                                            Attorneys for Defendant,
6                                           ATLAS COPCO COMPRESSORS LLC
                                            *erroneously sued herein as Atlas Copco USA*
7                                           *Holdings, Inc.*

MLA/AMCO/REMOVAL_NTC.WPD  **NOTICE OF FILING PETITION REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

Law Offices of PRINDLE, DECKER & AMARO LLP

## PROOF OF SERVICE
### AMCO Insurance Company v. Atlas Copco Compressors LLC, et al.
### Case No. 625997

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 310 Golden Shore, 4th Floor, Long Beach, California 90802.

    On May 20, 2008, I served the following document(s) described as **NOTICE OF FILING PETITION REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY); DECLARATION OF CHARLES S. YESNICK** on all interested parties to this action, as follows:

☒   by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☒   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with Prindle, Decker & Amaro's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

☐   **BY FAX:** I caused the above-referenced document to be transmitted via facsimile from Fax No. (562) 495-0564 to Fax No. _____ directed to _____. The facsimile machine I used complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(1), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s).

☒   [State]     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐   [Federal]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2008, at Long Beach, California.

*/s/ Colleen Westbrook*
COLLEEN WESTBROOK

*AMCO Insurance Company v. Atlas Copco Compressors LLC, et al.*
*Case No. 625997*

## SERVICE LIST

| | |
|---|---|
| John F. Rutan, Jr., Esq.<br>Lw Offices of Goates & Beavers<br>1201 Dove Street, Suite 300<br>Newport Beach, CA 92660 | *Attorneys for Plaintiff*<br><br>Telephone: (949) 250-5524<br>Facsimile: (949) 250-5555 |

MLA/AMCO/REMOVAL_NTC.wpd NOTICE OF FILING PETITION REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT