1  **PRINDLE, DECKER & AMARO LLP**
   Michael L. Amaro, Esq. (Bar No. 109514)
2  Charles S. Yesnick, Esq. (Bar No. 228292)
   310 Golden Shore, Fourth Floor
3  P.O. Box 22711
   Long Beach, CA 90801-5511
4  Tel. No.: (562) 436-3946
   Fax No.: (562) 495-0564
5  ATLA0001

6  Attorneys for Defendant,
   **ATLAS COPCO COMPRESSORS LLC** *erroneously sued*
7  *herein as Atlas Copco USA Holdings, Inc.*

FILED

2008 MAY 21 P 2: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

8              **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE**

10

11  AMCO INSURANCE COMPANY,          )   Federal Court Case No.
                                     )   State Court Case No.: 62399
12           Plaintiff,              )
                                     )   **C08 02573 PVT**
13  v.                               )
                                     )   **DECLARATION OF CHARLES S.**
14  ATLAS COPCO COMPRESSORS          )   **YESNICK IN SUPPORT OF**
    LLC, formerly doing business as  )   **NOTICE OF REMOVAL OF**
15  ATLAS COPCO COMPRESSORS,         )   **ACTION TO UNITED STATES**
    INC..; SUMMIT INDUSTRIAL         )   **DISTRICT COURT UNDER 28**
16  EQUIPMENT, INC., a corporation;  )   **U.S.C. § 1441(B) (DIVERSITY)**
    ATLAS COPCO NORTH AMERICA,       )
17  LLC; ATLAS COPCO USA             )   [28 U.S.C.S. §1441]
    HOLDINGS, INC.; and DOES 1 to 25,)
18  inclusive,                       )
                                     )   Complaint Filed :  April 21, 2008
19           Defendants.             )   Trial Date      :  None

20

21       I, Charles S. Yesnick, declare and state as follows:

22       1.      I am an attorney duly licensed to practice law before all courts of the State

23  of California and am an attorney with the law firm of Prindle, Decker & Amaro,

24  attorneys of record herein for Defendant, ATLAS COPCO COMPRESSORS LLC

25  ("ATLAS").  I make this declaration in support of the Notice of Removal of Action to

26  Untied States District Court.  I have personal knowledge of the facts set forth in this

27  declaration and if called as a witness, could and would testify competently to them.

28  / / /

*(left margin)* LAW OFFICES OF **PRINDLE, DECKER & AMARO LLP**

1

Case 5:08-cv-02573-PVT   Document 3   Filed 05/21/2008   Page 2 of 3

PRINDLE, DECKER & AMARO LLP

2.    Attached hereto as **Exhibit "A"** is a true and correct copy of AMCO INSURANCE COMPANY'S ("AMCO") Summons and Complaint in this Action ("Complaint").

3.    The citizenship of plaintiff AMCO is diverse from that of DEFENDANTS. As alleged in the Complaint, AMCO is an legal entity registered in Iowa.  Attached hereto as **Exhibit "B"** is a true and correct copy of the California Secretary of State website showing AMCO is an Iowa entity.

4.    Attached as **Exhibit "C"** is a true and correct copy of the California Secretary of State website for Atlas Copco USA Holdings, Inc. showing it is a Delaware corporation. The company has its principal place of business located at 34 Maple Ave., Pine Brook, NJ 07058.

5.    Attached as **Exhibit "D"** is a true and correct copy of the California Secretary of State website for Atlas Copco Compressors, LLC, showing it is a registered Delaware limited liability company with its principal place of business located at 94 Elm Street, Floor 4, Westfield, MA 01085-1689.

6.    Attached as **Exhibit "E"** is a true and correct copy of the Delaware Secretary of State website for Atlas Copco North America, LLC, showing it is a registered Delaware limited liability company and a copy of Hoovers online information for the company showing its principal place of business located at 34 Maple Ave., Pine Brook, NJ 07058. Atlas Copco North America LLC is not a registered entity in the state of California so no California registration exists.

7.    AMCO erroneously asserts that Summit Industrial Equipment is a legal entity.  However, Summit Industrial Equipment is not a legal entity of any type. Therefore, no California registration exists. Research for every state was performed and no registration exists for this entity.

8.    Therefore, despite the erroneous allegation, the citizenship of ATLAS is diverse from that of plaintiff AMCO because they are not and have not been California

/ / /

2

DECLARATION OF CHARLES S. YESNICK IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

MLA/AMCO/YESNICK_REMOVAL_DEC.WPD

1    entities at any time relevant to this action.

2        I declare under penalty of perjury under the laws of the State of California that the

3    foregoing is true and correct.

4        Executed on ___MAY 19___, 2008, at Long Beach, California.

5

6

7    CHARLES S.  YESNICK

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

3

**DECLARATION OF CHARLES S. YESNICK IN SUPPORT OF NOTICE OF
REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**

**SU**_ _**IONS**
*(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; SUMMIT INDUSTRIAL EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC.; and DOES 1 to 25, inclusive

| FOR COURT USE ONLY |
| *(SOLO PARA USO DE LA CORTE)* |

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
AMCO INSURANCE COMPANY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* **625997** |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA | |
| 801 Tenth Street | |

Modesto, CA 95354
MODESTO CITY TOWERS - UNLIMITED
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John F. Rutan Jr., Esq.  (SBN 120266)
LAW OFFICES OF GOATES & BEAVERS    (949) 250-5524  (949) 250-5555
1201 Dove Street, Suite 300
Newport Beach, CA 92660

| DATE: | APR 31 2008 | Clerk, by | JODIE QUIHONEZ | , Deputy |
| *(Fecha)* | | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Atlas Copco Compressors, LLC formerly doing business as Atlas Copco Compressors Inc

   under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
        ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| | | Page 1 of 1 |

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465



PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John F. Rutan Jr., Esq. (SBN 120266)'<br>LAW OFFICES OF GOATES & BEAVERS<br>1201 Dove Street, Suite 300<br>Newport Beach, CA 92660<br>TELEPHONE NO. (949) 250-5524   FAX NO. *(Optional):* (949) 250-5555<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff AMCO INSURANCE COMPANY | FILED<br>2008 APR 21 AM 10: 27<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF STANISLAUS<br>BY _____<br>DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS
   STREET ADDRESS: 801 Tenth Street
   MAILING ADDRESS:
   CITY AND ZIP CODE: Modesto, CA 95354
   BRANCH NAME: MODESTO CITY TOWERS - UNLIMITED

PLAINTIFF: AMCO INSURANCE COMPANY

DEFENDANT: ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; SUMMIT INDUSTRIAL EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC.; and

[X] DOES 1 TO  1 to 25, inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE      [ ] OTHER *(specify):*
   [X] Property Damage        [ ] Wrongful Death
   [ ] Personal Injury        [X] Other Damages *(specify):* Subrogation Rights

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 625997

...case has been assigned to Judge Mayhew
Department 21 for all purposes including ...

1. Plaintiff *(name or names):* AMCO INSURANCE COMPANY

   alleges causes of action against defendant *(name or names):* Atlas Copco Compressors LLC, fdba Atlas Copco Compressors, Inc; Summit Industrial Equipment, Inc., a corporation; Atlas Copco North America, LLC; Atlas Copco USA Holdings, Inc.; and DOES 1 to 25 inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages:  6
3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff *(name):*   AMCO INSURANCE COMPANY
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: AMCO v. ATLAS COPCO, et al. | PLD-PI-001 |
|---|---|
| | CASE NUMBER: |

4. [ ] Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [x] except defendant *(name):* ATLAS COPCO COMPRESSORS, LLC formerly doing business as Atlas Copco Compressors, Inc.

    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [x] an unincorporated entity *(describe):* a limited liability company
    (4) [ ] a public entity *(describe):*

    (5) [ ] other *(specify):*

c. [x] except defendant *(name):* ATLAS COPCO NORTH AMERICA, LLC

    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [X] an unincorporated entity *(describe):* a limited liability company
    (4) [ ] a public entity *(describe):*

    (5) [ ] other *(specify):*

b. [x] except defendant *(name):* SUMMIT INDUSTRIAL EQUIPMENT, INC.

    (1) [ ] a business organization, form unknown
    (2) [X] a corporation
    (3) [ ] an unincorporated entity *(describe):*

    (4) [ ] a public entity *(describe):*

    (5) [ ] other *(specify):*

d. [X] except defendant *(name):* ATLAS COPCO USA HOLDINGS, INC.

    (1) [ ] a business organization, form unknown
    (2) [X] a corporation
    (3) [ ] an unincorporated entity *(describe):*

    (4) [ ] a public entity *(describe):*

    (5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [X] Doe defendants *(specify Doe numbers):* 1 to 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [X] Doe defendants *(specify Doe numbers):* 1 to 25 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
a. [ ] at least one defendant now resides in its jurisdictional area.
b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
a. [ ] has complied with applicable claims statutes, **or**
b. [ ] is excused from complying because *(specify):*

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

| SHORT TITLE: AMCO v. ATLAS COPCO, et al. | PLD-PI-001 |
|---|---|
| | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [X] Other *(specify):* Subrogation and Indemnity Attachment

11. Plaintiff has suffered
   a. [ ] wage loss
   b. [X] loss of use of property
   c. [ ] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [ ] loss of earning capacity
   g. [X] other damage *(specify):* Plaintiff was obligated to pay, and did pay, property and related damages to or on behalf of its insured.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [X] according to proof plus legal costs and prejudgment interest at 7% per annum
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: April /8 , 2008

John F. Rutan Jr., Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE:  AMCO v. ATLAS COPCO, et al. | CASE NUMBER: |
|---|---|

FIRST_____  **CAUSE OF ACTION—General Negligence**                     Page  4_____
      (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   AMCO INSURANCE COMPANY

      alleges that defendant *(name)*:   ATLAS COPCO COMPRESSORS, LLC, fdba ATLAS COPCO
COMPRESSORS, INC; SUMMIT INDUSTRIAL EQUIPMENT, INC.; ATLAS COPCO NORTH AMERICA, LLC;
ATLAS COPCO USA HOLDINGS, INC., and

      [x] Does _____ to 1 to 25, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*: April 21, 2005
at *(place)*: 510 West Glenwood Avenue, Turlock, California

      *(description of reasons for liability)*:
Defendants and each of them so negligently manufactured, distributed, sold,
maintained, shipped, controlled, conducted, and operated their business,
products, and/or business dealings so as to provide a product into the stream of
commerce, by providing to plaintiff's insured a compressed air system and/or
"Atlas Copco Compressor" which contained a manufacturing defect when it left
defendants' possession; that the use of said products by plaintiff's insured was
reasonably foreseeable by defendants and each of them; and such products caused
or allowed to cause a fire to start and/or spread into and through the premises
occupied by plaintiff's insured at 510 West Glenwood Avenue in Turlock, County
of Stanislaus, California, thereby being a substantial factor in, or causing,
property and related damages to plaintiff insured's premises, property,
contents, inventory, furniture, fixtures, equipment and business operations,
resulting in plaintiff insured's loss of business, income and other related
damages.

| | PLD-PI-001(5) |
|---|---|
| SHORT TITLE:  AMCO v. ATLAS COPCO, et al. | CASE NUMBER: |

TWO_____  CAUSE OF ACTION—Products Liability          Page 5_____
   (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:  AMCO INSURANCE COMPANY

Prod. L-1. On or about *(date)*: April 21, 2005          plaintiff was injured by the following product:
By insuring the premises of its insured, and necessarily becoming
obligated to pay, and paying, property and related damages to or on
behalf of its insured following the fire caused by Defendants'
product at or about the aforesaid location.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury
was being
[X]  used in the manner intended by the defendants.
[X]  used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not
     readily apparent. Adequate warnings of the danger were not given.
Prod. L-3. Plaintiff was a
[ ]  purchaser of the product.                    [ ]  user of the product.
[ ]  bystander to the use of the product.          [x]  other *(specify)*: Plaintiff's insured was a
                                                        user of the product
PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [x] **Count One—Strict liability** of the following defendants who
     a. [x]  manufactured or assembled the product *(names)*:  ATLAS COPCO COMPRESSORS LLC, formerly doing business
             as ATLAS COPCO COMPRESSORS, INC.; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC. and
             [x] Does 1____ to 5____
     b. [x]  designed and manufactured component parts supplied to the manufacturer *(names)*:
             ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; SUMMIT INDUSTRIAL
             EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC. and
             [x] Does 6____ to 10____
     c. [x]  sold the product to the public *(names)*:SUMMIT INDUSTRIAL EQUIPMENT, INC., a
             corporation, and
             [x] Does 11____ to 15____
Prod. L-5. [x] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
           ATLAS COPCO COMPRESSORS LLC, formerly doing business as ATLAS COPCO COMPRESSORS, INC.; SUMMIT INDUSTRIAL
           EQUIPMENT, INC., a corporation; ATLAS COPCO NORTH AMERICA, LLC; ATLAS COPCO USA HOLDINGS, INC. and
           [x] Does 16____ to 20____
Prod. L-6. [x] **Count Three—Breach of warranty** by the following defendants *(names)*:  Atlas Copco Compressors LLC, fdba Atlas
           Copco Compressors, Inc.; Atlas Copco North America, LLC; Atlas Copco USA Holdings, Inc., Summit Industrial Equipment, Inc., and
           [x] Does 21____ to 25____
     a. [x]  who breached an implied warranty
     b. [ ]  who breached an express warranty which was
             [ ] written  [ ] oral
Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
           [ ] listed in Attachment-Prod. L-7  [ ] as follows:

AMCO INSURANCE v. ATLAS COPCO, et al.          CASE NO. _____

**ATTACHMENT TO COMPLAINT**                    **PAGE 6**

1.      At the times mentioned, AMCO INSURANCE COMPANY was and is an insurance company organized under law and licensed to engage in business as such in the State of California

2.      At all times herein mentioned, Wade Gant, doing business as LINE-X of Turlock, was insured by Plaintiff AMCO INSURANCE COMPANY to pay benefits for damage to insured property, namely the insured's business and business premises.

3.      By reason of the legal obligation imposed on Plaintiff AMCO INSURANCE COMPANY by said insurance policy, plaintiff was obligated to pay and did pay the sum of $144,153.00 to or on behalf of its insured for property and related damages to insured's business and business premises.

4.      Pursuant to the terms of the policy and the laws of the State of California, AMCO INSURANCE COMPANY is legally, equitably and contractually subrogated to the rights and entitled to enforce the remedies of Wade Gant, doing business as LINE-X of Turlock in the amount of $144,153.00, plus pre-judgment interest and legal costs.

5.      Pursuant to the laws of the State of California, AMCO INSURANCE COMPANY is entitled to legal, equitable, and implied indemnity from the defendants and each of them in the amount of $144,153.00, plus pre-judgment interest and legal costs.

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

John F. Rutan Jr., Esq. (SBN 120266)

LAW OFFICES OF GOATES & BEAVERS
1201 Dove Street, Suite 300
Newport Beach, CA 92660
TELEPHONE NO.: (949) 250-5524    FAX NO.: (949) 250-5555
ATTORNEY FOR *(Name):* Plaintiff AMCO INSURANCE COMPANY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS
STREET ADDRESS: 801 Tenth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Modesto, CA 95354
BRANCH NAME: MODESTO CITY TOWERS - UNLIMITED

CASE NAME: AMCO v. ATLAS COPCO, et al.

FILED
2008 APR 21 AM 10: 27
CLERK OF THE SUPERIOR COURT
COUNTY OF STANISLAUS
BY _____
_____ DEPUTY

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 625997 |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter    [ ] Joinder |

Filed with first appearance by defendant
(Cal. Rules of Court, rule 3.402)

JUDGE:

DEPT:

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [x] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive

4. Number of causes of action *(specify):* TWO

5. This case [ ] is [x] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: April 18, 2008

John F. Rutan Jr., Esq. (SBN 120266)
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal
Solutions
Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers**

If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 5 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the *primary* cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. You do not need to submit a cover sheet with amended papers. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Complex Cases**

In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or
  Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation
(Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally
  complex case type listed above)*
  (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified above)*
  (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
    Claim
  Other Civil Petition

ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME, ADDRESS, PHONE)
John F. Rutan Jr., Esq. (SBN 120266)

LAW OFFICES OF GOATES & BEAVERS
1201 Dove Street, Suite 300
Newport Beach, CA 92660
Tel: (949) 250-5524; Fax: (949) 250-5555
Attorney for: Plaintiff AMCO INSURANCE COMPANY

**FOR COURT USE ONLY**

FILED

2008 APR 21  AM 10: 27

CLERK OF THE SUPERIOR COURT
COUNTY OF STANISLAUS

BY _____

_____ DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS**
Street Address:    800 11th Street, Modesto, CA 95354
Civil Clerk's Office: 1100 I Street, P.O. Box 1098, Modesto, CA 95353

Plaintiff/Petitioner: AMCO INSURANCE COMPANY

Defendant/Respondent: ATLAS COPCO COMPRESSORS, INC., et al.

**NOTICE OF CASE MANAGEMENT CONFERENCE**

CASE NUMBER

625997

1. NOTICE is given that a **Case Management Conference** has been scheduled as follows:

   Date: 6/16/08    Time: 3:00    AM/**PM**

   This case is assigned to Judge _Mayhew_, Dept. 21, for all purposes, including trial.

   *Departments 1 & 15 are located at 800 11th Street, Modesto, CA 95354
   *Department 21 is located at 2744 2nd Street, Ceres, CA 95307

2. You must file and serve a completed *Case Management Conference Questionnaire* at least **fifteen (15) days** before the case management conference.

3. You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4. At the case management conference the court may make pretrial orders, including the following:
   a. An order establishing a discovery schedule.
   b. An order referring the case to arbitration.
   c. An order dismissing fictitious defendants.
   d. An order scheduling exchange of expert witness information.
   e. An order setting subsequent conferences and the trial date.
   f. Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.).

Date: _____

Clerk, by _____ Deputy

**--SANCTIONS--**
If you do not file the *Case Management Questionnaire* required by local rule, or attend the case management conference or participate effectively in the conference, the court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).

CV003

**NOTICE OF CASE MANAGEMENT CONFERENCE**                Rev 05/05

ST-CM110

**Rule 201.7. Time for Service of Complaint, Cross-Complaint, and Response**

(a) [Applicability] This rule applies to the service of pleadings in civil cases except for unlawful detainer actions, proceedings, under the Family Code, and other proceedings for which different service requirements are prescribed by law.

(b) [Service of complaint] The complaint must be served on all named defendants and proofs of service on those defendants must be filed with the court within 60 days after the filing of the complaint. When the complaint is amended to add a defendant, the added defendant must be served and proof of service must be filed within 30 days after the filing of the amended complaint.

(c) [Service of cross-complaint] a cross-complaint against a party who has appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed. If the cross-complaint adds new parties, the cross-complaint must be served on all parties and proofs of service on the new parties must be filed within 30 days of the filing of the cross-complaint.

(d) [Timing of responsive pleadings] The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint.

(e) [Modification of timing: application for order extending time] The court, on its own motion or on the application of a party, may extend or otherwise modify the times provided in (b)(d). An application for a court order extending the time to serve a pleading must be filed before the time for service has elapsed. The application must be accompanied by a declaration showing why service has not been effected, documenting the efforts that have been made to effected, documenting the efforts that have been made to effect service, and specifying the date by which service is proposed to be effected.

(f) [Failure to serve] Unless the court has granted an order extending the time to serve a complaint or cross-complaint , the failure to serve and file pleadings as required under this rule may result in an Order to Show Cause being issued as to why sanctions shall not be imposed.

(g) [Request for entry of default] If a responsive pleading is not served within the time limits specified in this rule and no extension of time has been granted, the plaintiff within 10 days after the time for service has elapsed must file a request for entry of default. Failure to timely file the request for the entry of default may result in an Order to Show Cause being issued as to why sanctions shall not be imposed.

(h) [Default judgment] When a default is entered, the party who requested the entry of default must obtain a default judgment against the defaulting party within 45 days after entry of default, unless the court has granted an extension of time. Failure to obtain entry of judgment against a defaulting party or to request an extension of time to apply for a default judgment may result in an Order to Show Cause being issued as to why sanctions shall not be imposed.

(i) [Order to Show Cause] When the court issues an Order to Show Cause under this rule, responsive papers to the Order to Show Cause must be filed and served no less than 5 calendar days before the hearing.

625997

In accordance with CRC 201.9 this packet must be served upon the defendant.

**CRC 201.9(c)**
"The plaintiff must serve a copy of the ADR information packet on each defendant along with the complaint."

Stanislaus County's

# Mediation Information Sheet

## Dates to Remember

► **25 Days after CMC,** the STAN-100 must be filed, Mediation fees must be paid, and Mediator must be selected

► **60 Days before settlement conference** the Mediation must be completed.

### Before the CMC

All parties are required to meet-and-confer with the opposing side before the case management conference (California Rule of Court 212(f)). Alternative dispute resolution is discussed. If parties agree to mediation they must Stipulate to mediation by filling out a STAN-100.

### At the CMC

All parties must be prepared to discus Alternative Dispute Resolution at Case Management Conference. The judge may order cases into Judicial Arbitration. Parties may agree to Voluntary Mediation in lieu of Judicial Arbitration.

### Selecting a Mediator

When parties agree to participate in mediation they must also agree to the mediator. You may select a mediator from the court provided panel list, available at the website, or you may ask for the list from a civil court clerk. Contact the Mediator, and get his or her signature on the STAN-100 before it is filed. Don't forget both parties must sign the Stipulation form.

If and the opposing party wishes, you may request the Court randomly select a mediation for you case, by indicating on the STAN-100.

### Filling the STAN-100

You have 25 days to select a mediator and return the STAN-100 with $400 ($200 for each side to the party). Cases cannot be enter into the Court's Voluntary Mediation program after this date.

### Completing Mediation

If you selected your own mediator set up a mediation as soon as possible. A mediator might not be able to schedule the mediation for a few weeks or even months. You must complete mediation at least 60 days before trial. If the mediation is not completed before that time sanctions may be imposed.

Once you have scheduled the mediation date fill out and return a STAN-220, *Notice of Date, Time and Place* of mediation and return it to the ADR Program Office.

ATTEND AND COMPLETE MEDIATION at least 60 days before trial. Contact the mediator before the mediation for any special instructions. The mediator may ask you to bring special documents.

After mediation the mediator may provide you with an evaluation of the mediation process. These are evaluations form which go the ADR program Administrator, for the courts information. Do not include any confidential information, or information regarding what went on during the mediation.

STAN-100

| ATTORNEY FOR PLAINTIFF *(name, bar card, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* | |

**SUPERIOR COURT OF CALIFORNIA, STANISLAUS COUNTY**
> MAILING ADDRESS:  1100 I, Street
> CITY AND ZIP CODE:  MODESTO, CA 95354
> BRANCH NAME:  MODESTO

| CASE NAME: | |
|---|---|
| **STIPULATION AND ORDER TO ADR** | CASE NUMBER: |

The parties and their attorneys stipulate that the claims in this action shall be submitted to the following alternative dispute resolution process:

☐ Voluntary Mediation
☐ Private Mediation
☐ Judicial Arbitration

☐ Private Arbitration
☐ Neutral Evaluation
☐ Voluntary Mediation in lieu of Judicial Arbitration

---

**This box is to be filled out for or Voluntary Mediation and Neutral Evaluation only.**

In accordance with Stanislaus County Rule of Court 3.10(D)(4) and 3.11(C)(2) this form must be signed by the agreed upon mediator or neutral-evaluator. If both parties agree the court will select a mediator for the case.

☐ It is Stipulated that _____ (name of mediator/neutral evaluator) shall serve as the neutral for this case.

_____          _____
Signature of Neutral                                         Date

☐ It is Stipulated that the Court select a mediator for this case.

- For Voluntary Mediation this form must be completed and returned with $400 ($200 from the plaintiffs and $200 from the defendants).

---

▶ _____          ▶ _____
(PLAINTIFF)                                                       (DEFENDANT)

_____          _____
(SIGNATURE)                    (DATE)          (SIGNATURE)                    (DATE)

▶ _____          ▶ _____
(PLAINTIFF'S ATTORNEY)                              (DEFENDANT'S ATTORNEY)

_____          _____
(SIGNATURE)  ·                  (DATE)          (SIGNATURE)                    (DATE)

July 1, 2006 (mandatory)              **STIPULATION AND ORDER TO ADR**

STAN-220

| *Name and Address):* | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.:

E-MAIL ADDRESS *(Optional):*          FAX NO. *(Optional):*

**SUPERIOR COURT OF CALIFORNIA, STANISLAUS COUNTY**
  MAILING ADDRESS:  1100 I Street
  CITY AND ZIP CODE:  MODESTO, CA 95354
  BRANCH NAME:  MODESTO

CASE NAME:

**NOTICE OF DATE, TIME AND PLACE OF MEDIATION**

CASE NUMBER:

All parties to this case are notified that this matter has been set for Mediation on

_____, 20__, at the hour of _____, at this address:

_____

_____

_____

_____

Date: _____        Signature: _____

                Print Name: _____

# Stanislaus County's Mediation Panel

| Mediator | Firm | Website | e-mail | fees | Phone |
|---|---|---|---|---|---|
| Beaver, Lawrence C. | Law Office of Larence C. Beaver 1309 I. Street Modesto, CA 95354 | | lcb-2@sbcglobal.net | $300/hour | (209) 524-5145 |
| Brunn, Charles K. | Law Offices of Brunn & Flynn 928 12th Street, Suite 200 Modesto, CA 95354 | brunnandflynnlaw.com | cbrunn@brunn-flynn.com | $350/hour | (209) 521-2133 |
| Brunn, Gerald E. | Law Offices of Brunn & Flynn 928 12th Street, Suite 200 Modesto, CA 95354 | brunnandflynnlaw.com | gbrunn@brunn-flynn.com | $250/hour | (209) 521-2133 |
| Cardozo, Richard A. | Richard A. Cardozo 2900 W. Rumble Rd #19 Modesto, CA 95350 | | | $200/hour | (209) 521-9414 |
| Champion, Darrell F. | Damrell, Nelson, Schrimp, Pallios, Pacher & Silva 1601 I Street, 5th Floor Modesto, CA 95354 | damrell.com/dchampion | dchampion@damrell.com | $250/hour | (209) 526-3500 |
| Combs, Carl | Law Office of Carl E. Combs 515 13th Street Modesto, CA 95354 | modestoandoakdalelaw.com/mediation | carlecombs@sbcglobal.net | $200-$250/hour | (209) 522-5400 |
| Cousins, Patricia M. | Law Office of Cousins and Edington 3641 Roeding Rd. Ceres, CA 95307 | | pmcnme@sbcglobal.net | $200/hour | (209) 538-9795 |
| Crabtree, Robert | Crabtree, Schmidt, Zeff & Jacobs 1100 14th Street, Suite E Modesto, CA 95354 | | | /hour | (209) 522-5231 |
| Curtis, Ralph S. | Curtis & Arata 1300 K. Street, Second Floor P.O.Box 3030 Modesto, CA 95354 | curtisandarata.com | rcurtis@curtisandarata.com | $250/hour | (209) 521-1800 |
| Emanuels, Eric S. | Eric S. Emanuels 9546 Timber River Way Elk Grove CA, 95624 | | ericemauels@comcast.net | $250/hour | (916) 479-1254 |
| Fores, Robert P. | Fores and Macko 801 10th Street, Fifth Floor Modesto, CA 95354 | foresmacko.com | rfores@foresmacko.com | $250/hour | (209)527-9899 |
| Freeland, John D. | Curtis & Arata 1300 K. Street, Second Floor P.O.Box 3030 Modesto, CA 95354 | curtisandarata.com | jfreeland@curtisandarata.com | $250-$300/hour | (209) 521-1800 |
| Gianelli, Michael L. | Gianelli & Associates 1014 16th Street Modesto, CA 95354 | gianelli-law.com | mgianelli@gianelli-law.com | $250-$300/hour | (209) 521-6250 |
| Hawkins, Matt | McCormick, Barstow, Sheppard, Wayte & Carruth, LLP 1150 Ninth Street, Suite 1200 Modesto, CA 95354 | mccormickbarstow.com | mhawkins@mccormickbarstow.com | $300/hour | (209) 524-1100 |
| Jackson, Stacey A. | Thayer, Harvey, Gregerson, Hedberg & Jackson 1100 Fourteenth Street, Suite F Modesto, CA 95354 | | sjackson@thglaw.com | $250/hour | (209) 523-3300 |
| Lee, Ross W. | Curtis & Arata 1300 K. Street, Second Floor P.O.Box 3030 Modesto, CA 95354 | curtisandarata.com | rlee@curtisandarata.com | $275/hour | (209) 521-1800 |
| MacDonald Iain A. | Macdonald & Associates 914 13th Street Modesto, CA 95354 | | iain@macdonaldlawsf.com | $300/hour | (209) 549-7949 |
| Meyer, Herman C. | Law Office of Herman C. Meyer 214 East F Street, #203 Oakdale, CA 95361 | | | $200/hour | (209) 847-7086 |
| Monday, Kathy | Damrell, Nelson, Schrimp, Pallios, Pacher & Silva 1601 I Street, 5th Floor Modesto, CA 95354 | damrell.com/kmonday | kmonday@damrell.com | $200/hour | (209) 526-3500 |

| Mediator | Firm | Website | e-mail | fees | Phone |
|---|---|---|---|---|---|
| Moorad, Calvin | Law Offices of Calvin Moorad<br>1020 15th Street, Suite 8<br>Modesto, CA 95354 | | cal@morradlaw.com | $250/hour | (209) 526-0006 |
| Mussman, William E. | Mussman & Mussman, LLP<br>1101 Sylvan Avenue, Suite B-4<br>Modesto, CA 95350 | | wmussman3@<br>mussmanlaw.com | $250/hour | (209) 577-8890 |
| Nelson, Duane L. | Damrell, Nelson, Schrimp, Pallios,<br>Pacher & Silva<br>1601 I Street, 5th Floor Modesto, CA 95354 | damrell.com/dnelson | dnelson@damrell.com | $300/hour | (209) 526-3500 |
| Nichols, Kenneth A. | Scott and Nichols<br>120 North Hunter Street<br>Stockton, CA 95202 | mediate.com/<br>kennichols | snm120ken@<br>sbcglobalnet | $250/hour | (209) 942-4300 |
| Niermeyer, Lawrence | Law Offices of<br>Lawrence T. Niermeyer<br>1301 K Street, Suite H<br>Modesto, CA 95354-0932 | | | $250/hour | (209) 574-9447 |
| Normoyle, Michael C. | Michael C. Normoyle<br>814 14th Street, Suite A<br>Modesto, CA 95354 | | mcnormoyle<br>@blgvalley.net | $250-<br>$275/hour | (209) 521-8453 |
| Olson, Jeffrey R. | McCormick, Barstow, Sheppard,<br>Wayte & Carruth, LLP<br>1150 Ninth Street, Suite 1200<br>Modesto, CA 95354 | mccormickbarstow.com | jeffrey.olson<br>@mccormickbarstow.com | $250/hour | (209) 524-1100 |
| Pallios, Steven G. | Damrell, Nelson, Schrimp, Pallios,<br>Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA 95354 | damrell.com/dspallios | spallios@damrell.com | $200/hour | (209) 526-3500 |
| Rinaker, Kristen | Mediation Center of<br>San Joaquin County<br>829 Rose Marie Avenue, Suite D<br>Stockton, CA 95207 | mediatorsrus.org | krinaker@<br>mediatorsrus.org | $200/hour | (209) 474-8794 |
| Sahlin, Russell C. | Berg Injury Lawyers<br>1317 Oakdale Road<br>Modesto, CA 95355 | | rsahlin@aol.com | $250/hour | (209) 573-3600 |
| Sarhad, Ronald | Law Offices of Ronald Sarhad<br>1001 N. Palm<br>Turlock, CA 95380 | | | $225/hour | (209) 632-2268 |
| Sidwell, Stephen M. | Law Offices of Stephen M. Sidwell<br>1300 H Street, Suite 300<br>Modesto, CA 95354 | | sidwelllaw@gmail.com | $200/hour | (209) 577-5555 |
| Smith, Peter H. | Law Office of Peter H. Smith<br>1535 J Street, Suite A<br>Modesto, CA 95354 | eddos.com/phsmith | phsmithatty<br>@sbcglobal.net | $300/hour | (209) 579-9524 |
| Walker, David B. | Damrell, Nelson, Schrimp, Pallios,<br>Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA 95354 | damrell.com/cwalker | dwalker@damrell.com | 3<br>$200/hour | (209) 526-3500 |



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS

## *SETTLING YOUR CIVIL CASE*

## *WITHOUT GOING TO COURT*

SETTLEMENT THROUGH MEDIATION

ADR Programs
1100 I Street
Modesto, CA 95354
(209)525-4436
www.stanct.org

---

be required to attend if their presence is necessary to reach a resolution.

## WHAT IF MEDIATION IS NOT SUCCESSFUL?

If mediation does not lead to a resolution, your case will proceed to a Court settlement conference and a trial, if necessary.

## WHY MEDIATE?



♦ Mediation is encouraged by the Court. It is a process used in many Superior Courts throughout the state.

♦ Mediation is voluntary and confidential.

♦ Mediation can be cost effective if it is used early in the process of your case.

♦ Mediation is paid for by both sides in the case.



♦ Mediators are specially trained and experienced and assist both sides in bringing the case to a mutually agreeable solution.

♦ It's a fact: 95% of lawsuits settle without a trial.

---

mediation pay the mediator directly at a rate set by the mediator.

You may qualify to receive mediation for free or at a reduced cost. The Court can provide you with the eligibility requirements and application for low-cost ADR services.

## WHEN WILL MEDIATION BEGIN?

After you have selected a mediator from the Courts list of mediators, the mediation session may be scheduled at a time that is convenient for all parties. If you fail to select a mediator, the Court will appoint one within 30 days of the Case Management Conference. The Court requires that the mediation process be completed at least 60 days before your scheduled trial date. Only a judge can change your trial date.

## WHO ATTENDS MEDIATION?

The mediator, the parties and their attorneys attend the mediation. The mediator and the attorneys may require others to attend. For example, an insurance company representative may





The Stanislaus Superior Court supports and encourages you to use the Mediation process.

## WHAT IS MEDIATION?

Mediation is an opportunity for you to sit down in the presence of an experienced and trained mediator to talk about your case with the other party and to try to reach a mutually acceptable resolution. It is a form of settlement which has been used successfully throughout California by several courts.

Mediation is a voluntary, informal and confidential process. The mediator helps parties clarify facts, identify legal issues, explore options and reach a mutually acceptable resolution. The mediator does not make a decision as to how the dispute is to be resolved; the parties do. The mediator facilitates the process.

A mediator can help parties communicate with each other more effectively. Mediation gives people time to define and understand the issues that make their disagreements difficult to resolve without outside help. Mediation normally leads to better relations between parties and resolutions that last. When family members, neighbors, or business partners have a dispute,



mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution.

Mediation may not be effective if one of the parties is unwilling to cooperate or compromise or there is a history of abuse.

## WHO ARE THE MEDIATORS?

All of the mediators have completed a Court approved mediation training program. Mediators are experienced lawyers who have been practicing civil law for at least 5 years. You may view the list of mediators by going to www.stanct.org under ADR. All mediators agree to follow all ethics requirements and rules of court, including keeping your matter confidential.

## DOES MY CASE QUALIFY FOR MEDIATION?

The mediation process may be helpful in all types of civil cases. In some circumstances the hearing judge may order your case into Arbitration   a more formal type hearing   if he or she thinks your case would benefit more from the Arbitration process.

## HOW DO WE LET THE COURT KNOW WE WANT TO MEDIATE?

About 120 days after you file the complaint, your lawyer will meet at a Case Management Conference (CMC) with the lawyer or lawyers

from the other side and the hearing judge. At the first CMC, your lawyer will be asked by the hearing judge if you will participate in mediation. If both sides agree to mediation at the CMC, the judge can order your case to mediation.

You may volunteer for mediation even if the hearing judge does not order the case to mediation by filling out a *Stipulation and Order to ADR* (STAN-100) and returning it to the civil clerk. In order to properly complete the form you must get the opposing side (the defendant if you are a plaintiff or the plaintiff if you are a defendant) and the mediator to sign the form. You may also have the Court randomly select a mediator for you by checking the appropriate box on the form. The form must also be returned with $400 ($200 from your side and $200 from the other side) to pay for the first two hours of mediation. The $400 goes to pay the mediator for his or her services.

## WHO PAYS FOR MEDIATION?

The parties who use voluntary mediation pay for it themselves. Parties selecting a mediator from the Court panel pay $200 per side to the Court. This fee covers the first two (2) hours of mediation. Parties who need more time for





# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 02, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| AMCO INSURANCE COMPANY | | |
| **Number:** C0718749 | **Date Filed:** 7/19/1974 | **Status:** active |
| **Jurisdiction:** IOWA | | |
| **Address** | | |
| 1100 LOCUST STREET | | |
| DES MOINES, IA 50391-1100 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



# California Business Portal

### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 02, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ATLAS COPCO USA HOLDINGS INC. | | |
| **Number:** C2970298 | **Date Filed:** 2/26/2007 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 34 MAPLE AVE | | |
| PINE BROOK, NJ 07058 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.





## California Business Portal
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of May 2, 2008 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| ATLAS COPCO COMPRESSORS LLC | | |
| **Number:** 200705810226 | **Date Filed:** 2/26/2007 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| 94 ELM STREET, FLOOR 4 | | |
| WESTFIELD, MA 01085-1689 | | |
| Agent for Service of Process | | |
| CT CORPORATION SYSTEM (C0168406) | | |

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

Ex "D"



# State of Delaware
## The Official Website for the First State

Visit the Governor  |  General Assembly  |  Courts  |  Other Elected Officials  |  Federal, State & L

State Directory  |  Help  |  Search Delaware :        (GO)

Citizen Services  |  Business Services  |  \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **4166109** | Incorporation Date / Formation Date: | **05/26/2006** (mm/dd/yyyy) |
| Entity Name: | **ATLAS COPCO NORTH AMERICA LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

Ex "E"

Case 5:08-cv-02573-PVT    Document 3-6    Filed 05/21/2008    Page 2 of 4

# Atlas Copco North America Inc.    Pine Brook, NJ, United States

Atlas Copco North America Locations

### Location Type: Headquarters

34 Maple Ave.            Phone: 973-439-3400
Pine Brook, NJ 07058     Fax: 973-439-9455
United States  (Map)
http://www.atlascopco.com

Copyright © 2008, Hoover's, Inc., All Rights Reserved

**PROOF OF SERVICE**
***AMCO Insurance Company v. Atlas Copco Compressors LLC, et al.***
***Case No. 625997***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California.   I am over the age of eighteen (18) and am not a party to the within action; my business address is 310 Golden Shore, 4th Floor, Long Beach, California 90802.

On May 20, 2008, I served the following document(s) described as **DECLARATION OF CHARLES S. YESNICK IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** on all interested parties to this action, as follows:

☒    by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☒    **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with Prindle, Decker & Amaro's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

☐    **BY FAX:** I caused the above-referenced document to be transmitted via facsimile from Fax No. (562) 495-0564 to Fax No. _____ directed to _____. The facsimile machine I used complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(1), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s).

☒    [State]        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐    [Federal]      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2008, at Long Beach, California.

COLLEEN WESTBROOK

4

*AMCO Insurance Company v. Atlas Copco Compressors LLC, et al.*
*Case No. 625997*

## SERVICE LIST

John F. Rutan, Jr., Esq.
Lw Offices of Goates & Beavers
1201 Dove Street, Suite 300
Newport Beach, CA 92660

*Attorneys for Plaintiff*

Telephone: (949) 250-5524
Facsimile: (949) 250-5555

LAW OFFICES OF
PRINDLE, DECKER & AMARO LLP

5

DECLARATION OF CHARLES S. YESNICK IN SUPPORT OF NOTICE OF
REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

MLA/AMCO/YESNICK_REMOVAL_DEC.WPD