**ORIGINAL**

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

PRINDLE, DECKER & AMARO LLP
Michael L. Amaro, Esq. (Bar No. 109514)
Charles S. Yesnick, Esq. (Bar No. 228292)
310 Golden Shore, Fourth Floor
P.O. Box 22711
Long Beach, CA 90801-5511
Tel. No.: (562) 436-3946

E-FILING FILED
2008 MAY 21 P 2:34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.
ADR

ATTORNEYS FOR: Defendant ATLAS COPCO COMPRESSORS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMCO INSURANCE COMPANY

Plaintiff(s),

v.

ATLAS COPCO COMPRESSORS LLC, et al.

Defendant(s)

CASE NUMBER: C08 02573 PVT

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant ATLAS COPCO COMPRESSORS, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

AMCO INSURANCE COMPANY - PLAINTIFF
ATLAS COPCO NORTH AMERICA, LLC - DEFENDANT
ATLAS COPCO COMPRESSORS, LLC - DEFENDANT
ATLAS COPCO USA HOLDINGS, INC. - DEFENDANT
SUMMIT INDUSTRIAL EQUIPMENT, INC. - NAMED BUT
NO SUCH LEGAL ENTITY EXISTS

5/16/08
Date

Sign

Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)