1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY, | ) | Case No.: C 08-02573 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| ATLAS COPCO COMPRESSORS LLC, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

13

14

15

16

17

18

19

On April 21, 2008, plaintiff Amco Insurance Company filed the above-captioned action in

the Superior Court of the State of California in Modesto.  On May 21, 2008, defendant Atlas Copco

Compressors LLC noticed removal of the action to the Northern District of California, San Jose

Division.  Modesto is located in Stanislaus County, which is in the Eastern District of California.

Therefore, the Northern District of California is not the proper venue for this action.  Accordingly,

defendant is ordered to show cause why the above-captioned action should not be transferred to the

Eastern District of California no later than May 30, 2008.[1]  Absent further response from the

defendant, the above-captioned action shall be transferred to the Eastern District of California,

20

21

22

23

24

25

26

27

28

_____

    [1]    The holding of this court is limited to the facts and particular circumstances underlying
the present application.

ORDER, *page 1*

1   Fresno Division.

2         IT IS SO ORDERED.

3   Dated: *May 28, 2008*

4                                            _Patricia V. Trumbull_

                                             PATRICIA V. TRUMBULL
5                                            United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*